IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YUYAMA MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 cv 2523 |
| | ) | |
| JVM CO., LTD, | ) | Judge Kennelly |
| | ) | |
| Defendant, | ) | Magistrate Cole |

**NOTICE OF MOTION**

TO:  Tortsten M Kracht                                Steven Bizar
     Michael A. O'Shea                                Christopher M. Hapka
     Akin Gump Strauss Hauer and Feld LLP             Buchanan Ingersoll & Rooney, P.C.
     1333 New Hampshire Ave NW                        1835 Market Street, 14th Floor
     Washington, DC 20036                             Philadelphia, PA 19103

     John D. Simmons
     Panitch Schwarze Belisario & Nadel LLP
     2005 Market St., Suite 2200
     Philadelphia, PA 19103

Please take notice that on **Tuesday, May 13, 2008**, at **9:30 a.m.**, the undersigned shall appear before the Honorable Judge Kennelly in courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present JVM Co. Ltd.'s **MOTION TO ENFORCE SUBPOENAS**, copy of which is attached and hereby served on you.

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused the foregoing to be served on counsel listed above via U.S. Mail, postage prepaid, this 5th day of May, 2008.

s/Ronald Austin, Jr.
Ronald Austin, Jr.
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
P: 312-372-2909
ra2law@cs.com