IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YUYAMA MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 cv 2523 |
| | ) | |
| JVM CO., LTD, | ) | Judge Kennelly |
| | ) | |
| Defendant, | ) | Magistrate Cole |

**NOTICE OF WITHDRAWAL**

JVM Co., Ltd. (JVM") by and through its attorneys notifies this court that on May 2, 2008, JVM filed a Motion to Enforce Subpoenas against Automed Technologies, Inc. ("Automed") and Duane Chudy. JVM has reached an agreement with counsel for Duane Chudy regarding his subpoenaed deposition. Therefore, JVM withdraws the portion of the Motion to Enforce that relates to Duane Chudy. The remainder of the Motion to Enforce is unaffected by this notice of withdrawal. JVM intends to proceed with the Motion to Enforce the two subpoenas served on Automed. The Motion is set for hearing on May 13, 2008 at 9:30 a.m.

Respectfully submitted,

**JVM CO., LTD**

s/ Ronald Austin, Jr.

Ronald Austin, Jr.
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
P: (312) 372-2909
F: (312) 704-6693
ra2law@cs.com

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused the foregoing to be served on counsel listed below via U.S. Mail, postage prepaid, this 8th day of May, 2008.

Tortsten M Kracht
Michael A. O'Shea
Akin Gump Strauss Hauer and Feld LLP
1333 New Hampshire Ave NW
Washington, DC 20036
*Counsel for Yuyama Manufacturing Co. Ltd. and Duane Chudy*

John D. Simmons
Panitch Schwarze Belisario & Nadel LLP
2005 Market St., Suite 2200
Philadelphia, PA 19103
*Counsel for Yuyama Manufacturing Co. Ltd. and Duane Chudy*

Steven Bizar
Christopher M. Hapka
Buchanan Ingersoll & Rooney, P.C.
1835 Market Street, 14th Floor
Philadelphia, PA 19103
*Counsel for Automed Technologies Inc.*

s/Ronald Austin, Jr.

Ronald Austin, Jr.
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
P: 312-372-2909
F: 312-704-6693
ra2law@cs.com