# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 CV 2523

YUYAMA MANUFACTURING CO., LTD.

V.

JVM CO., LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AutoMed Technologies, Inc.

| NAME (Type or print) |
| --- |
| Jacqueline A. Criswell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jacqueline A. Criswell |

| FIRM |
| --- |
| Tressler, Soderstrom, Maloney & Priess, LLP |

| STREET ADDRESS |
| --- |
| 233 S. Wacker Drive, Sears Tower - 22nd Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6180148 | 312/627-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |