JAC/gmf/#432365 5993-2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YUYAMA MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CV 2523 |
| v. | ) | |
| | ) | Judge Kennelly |
| JVM CO., LTD., | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:  Ronald Austin, Jr.　　　　　　　　　　Tortsten M Kracht
　　　Brothers & Thompson, P.C.　　　　　Michael A. O'Shea
　　　100 West Monroe Street, Suite 1700　Akin Gump Strauss Hauer and Feld LLP
　　　Chicago, Illinois 60603　　　　　　　1333 New Hampshire Ave NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036

John D. Simmons
Panitch Schwarze Belisario & Nadel LLP
2005 Market St., Suite 2200
Philadelphia, PA 19103

　　　**PLEASE TAKE NOTICE** that on **May 13, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly or any judge sitting in her stead, in Room 2103 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present AutoMed's Cross-Motion to Quash or Modify JVM's Subpoena Seeking Deposition Testimony and Memorandum in Opposition to JVM's Motion to Enforce Subpoenas and in support of its Cross-Motion to Quash or Modify JVM's Subpoena Seeking Deposition Testimony, a copy of which is hereby served on you.

　　　　　　　　　　　　　　　　　　AutoMed Technologies, Inc.

　　　　　　　　　　　　　　By:　　/s/Jacqueline A. Criswell
　　　　　　　　　　　　　　　　　　One of Its Attorneys

Jacqueline A. Criswell
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, IL 60606
312/627-4000
312/627-1717 (fax)

## CERTIFICATE OF SERVICE

I hereby certified that, on this 9th day of May, 2008, the foregoing Notice of Motion, was served by electronic filing on:

Ronald Austin, Jr.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
ra2law@cs.com

**and via mail:**

Tortsten M Kracht
Michael A. O'Shea
Akin Gump Strauss Hauer and Feld LLP
1333 New Hampshire Ave NW
Washington, DC 20036
*Counsel for Yuyama Manufacturing Co. Ltd. and Duane Chudy*

John D. Simmons
Panitch Schwarze Belisario & Nadel LLP
2005 Market St., Suite 2200
Philadelphia, PA 19103
*Counsel for Yuyama Manufacturing Co. Ltd. and Duane Chudy*

_____/s/ Gina Flaum_____