IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YUYAMA MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 cv 2523 |
| | ) | |
| JVM CO., LTD, | ) | Judge Kennelly |
| | ) | |
| Defendant, | ) | Magistrate Cole |

### RE-NOTICE OF MOTION

TO:  Tortsten M Kracht                         Steven Bizar
     Michael A. O'Shea                         Christopher M. Hapka
     Akin Gump Strauss Hauer and Feld LLP      Buchanan Ingersoll & Rooney, P.C.
     1333 New Hampshire Ave NW                 1835 Market Street, 14th Floor
     Washington, DC 20036                      Philadelphia, PA 19103

     John D. Simmons                           Jacqueline A. Criswell
     Panitch Schwarze Belisario & Nadel LLP    Tressler, Soderstrom, Maloney & Priess, LLP
     2005 Market St., Suite 2200               233 S. Wacker Drive
     Philadelphia, PA 19103                    Sears Tower - 22nd Floor
                                               Chicago, IL 60606

Please take notice that on **Thursday, May 22, 2008**, at **9:30 a.m.**, the undersigned shall appear before the Honorable Judge Kennelly in courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present JVM Co. Ltd.'s **MOTION TO ENFORCE SUBPOENAS**, copy of which is attached and hereby served on you.

### CERTIFICATE OF SERVICE

The undersigned certifies that he caused the foregoing to be served on counsel listed above via U.S. Mail, postage prepaid, this 12th day of May, 2008.

                                               s/Ronald Austin, Jr.
                                               Ronald Austin, Jr.
                                               **BROTHERS & THOMPSON, P.C.**
                                               100 West Monroe Street, Suite 1700
                                               Chicago, Illinois 60603
                                               P: 312-372-2909
                                               ra2law@cs.com