JAC/gmf/#432365                                                                                                    5993-2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YUYAMA MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  08 CV 2523 |
| v. | ) | |
| | ) | Judge Kennelly |
| JVM CO., LTD., | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

### AMENDED NOTICE OF MOTION

TO:  Ronald Austin, Jr.                                     Tortsten M Kracht
     Brothers & Thompson, P.C.                              Michael A. O'Shea
     100 West Monroe Street, Suite 1700                     Akin Gump Strauss Hauer and Feld LLP
     Chicago, Illinois 60603                                1333 New Hampshire Ave NW
                                                            Washington, DC 20036

John D. Simmons
Panitch Schwarze Belisario & Nadel LLP
2005 Market St., Suite 2200
Philadelphia, PA 19103

    **PLEASE TAKE NOTICE** that on **May 22, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly or any judge sitting in her stead, in Room 2103 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present AutoMed's Cross-Motion to Quash or Modify JVM's Subpoena Seeking Deposition Testimony, a copy of which is hereby served on you.

                              AutoMed Technologies, Inc.

                              By:  ____/s/Jacqueline A. Criswell_____
                                        One of Its Attorneys

Jacqueline A. Criswell
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower - 22nd Floor
233 South Wacker Drive
Chicago, IL 60606
312/627-4000
312/627-1717 (fax)

## CERTIFICATE OF SERVICE

I hereby certified that, on this 12th day of May, 2008, the foregoing Amended Notice of Motion, was served by electronic filing on:

Ronald Austin, Jr.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
ra2law@cs.com

**and via mail:**

Tortsten M Kracht
Michael A. O'Shea
Akin Gump Strauss Hauer and Feld LLP
1333 New Hampshire Ave NW
Washington, DC 20036
*Counsel for Yuyama Manufacturing Co. Ltd. and Duane Chudy*

John D. Simmons
Panitch Schwarze Belisario & Nadel LLP
2005 Market St., Suite 2200
Philadelphia, PA 19103
*Counsel for Yuyama Manufacturing Co. Ltd. and Duane Chudy*

/s/ Gina Flaum