# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2523 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Yuyanna vs. JVM | | |

**DOCKET ENTRY TEXT**

Motion to enforce subpoena is entered and continued to 7/10/2008 at 9:30 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|