UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Yuyama Manufacturing Co., Ltd., et al.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−02523
                                    Honorable Matthew F. Kennelly

JVM Co., Ltd.
                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing reset for 8/27/2008 at 09:30 AM.(or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.