IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YUYAMA MANUFACTURING CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 cv 2523 |
| | ) | |
| JVM CO., LTD, | ) | Judge Kennelly |
| | ) | |
| Defendant, | ) | Magistrate Cole |

**NOTICE OF MOTION**

TO:  Jacqueline A. Criswell                Steven Bizar
     Tressler, Soderstrom, Maloney & Priess, LLP    Christopher M. Hapka
     Sears Tower - 22nd Floor          Buchanan Ingersoll & Rooney, P.C.
     233 South Wacker Drive                1835 Market Street, 14th Floor
     Chicago, IL 60606                     Philadelphia, PA 19103

Please take notice that on **September 9, 2008**, at **9:30 a.m.**, the undersigned shall appear before the Honorable Judge Kennelly in courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and present JVM Co. Ltd.'s **MOTION TO RECONSIDER**, copy of which is attached and hereby served on you.

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused the foregoing to be served on counsel listed above via U.S. Mail, postage prepaid, this 2nd day of September, 2008.

s/Ronald Austin, Jr.
Ronald Austin, Jr.
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
P: 312-372-2909
ra2law@cs.com